# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EUGENE EVANS WALLACE, IV,<br><br>Plaintiff,<br><br>v.<br><br>OKLAHOMA COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)    Case No. CIV-20-1305-SLP<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered April 28, 2021 [Doc. No. 15]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 13] is DENIED. Plaintiff is directed to pay the $402.00 filing fee on or before June 14, 2021, or this matter will be dismissed without prejudice.

IT IS SO ORDERED this 24th day of May, 2021.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE